USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**   No. **4:24-cr-434**

USAO#: 2024R04745   Magistrate No: 4:24-MJ-327

United States Courts
Southern District of Texas

CRIMINAL INDICTMENT   Filed: **FILED August 15, 2024**   Judge: **Hittner**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:
ALAMDAR S. HAMDANI, USA   (713) 567-9000
COLTON T. TURNER, AUSA   (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| Aurelio Quintanilla, Jr. (Cts.1, 2, 3) | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

Ct 1: Sexual Exploitation of a Child [18 USC 2251(a)&(e)]
Ct 2: Transportation of Child Pornography [18 USC 2252A(a)(1) and Section 2252A(b)(1)]
Ct 3: Possession of Child Pornography [18 USC 2252A(a)(5)(B) and 2252A(b)(2)]

Charges Total Counts (3)

**PENALTY:**
Ct. 1: 15-30 years in prison, up to $250,000 fine, not less than 5 years to life SRT, $100 SA, $5,000 SA (JVTA of 2015), up to $50,000 SA (AVAA of 2018), mandatory restitution of at least $3,000 per victim.
Ct. 2: 5-20 years in prison, up to $250,000 fine, SRT not less than 5 years to life, $100 SA, $5,000 SA (JVTA), up to $35,000 SA (AVAA), mandatory restitution of at least $3,000 per victim.
Ct. 3: Up to 10 years in prison, up to $250,000 fine, SRT for any term not less than 5 years to life, $100 SA, $5,000 SA (JTVA of 2015), up to $17,000 SA (AVAA) & mandatory restitution of at least $3,000 per victim.

☐ In Jail
HO07QR24HO0019
☐ On Bond

NAME & ADDRESS
of Surety

☑ No Arrest

## PROCEEDINGS:

|  |
|---|
|  |
|  |
|  |
|  |