United States District Court
Southern District of Texas
**ENTERED**
August 15, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. |
| § | |
| **AURELIO QUINTANILLA, JR.** § | **4:24-cr-434** |
| § | |
| Defendant. § | |
| § | |
| § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a criminal indictment has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on August 22, 2024 at 2:00 pm. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

<u>Defendant</u>
**AURELIO QUINTANILLA, JR.**

Appearance Bond in the Amount of  $:

SIGNED at Houston, TX on August 15, 2024

_____
UNITED STATES MAGISTRATE JUDGE