AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF TEXAS

2024 AUG 16  AM 8:00

SOUTHERN DIST. S/TX

UNITED STATES OF AMERICA

United States Courts
Southern District of Texas
FILED

*versus*

AUG 19 2024

Aurelio Quintanilla, Jr

Nathan Ochsner, Clerk of Court

Criminal No. 4:24-cr-00434

c/o Natalie Jihad Awad, AFPD Federal Public Defender's Office 440 Louisiana STE. 1350 Houston, TX 77002

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation    ☐ Pretrial Release Violation    ☐ Supervised Release Violation    ☐ Violation Notice    ☐ Order of the Court

Place:
United States District Court
515 Rusk Street
Houston, TX 77002

Location:
Courtroom 704
Date and Time: August 22, 2024, at 02:00 PM

This offense is briefly described as follows:
**Ct 1: Sexual Exploitation of a Child [18 USC 2251(a)&(e)]**
**Ct 2: Transportation of Child Pornography [18 USC 2252A(a)(1) and Section 2252A(b)(1)]**
**Ct 3: Possession of Child Pornography [18 USC 2252A(a)(5)(B) and 2252A(b)(2)]**

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: August 15, 2024

*Issuing officer's signature*
Antonio B. Banda, Deputy Clerk

I declare under penalty of perjury that I have:

☑ Executed and returned this summons.

☐ Returned this summons unexecuted.

Date: 08/19/2024

*Server's signature*

Moms Capos SPWR
*Printed name and title*

**Mendenhall, Mary (USMS)**

| | |
|---|---|
| **From:** | Esther Reyna <Esther_Reyna@fd.org> |
| **Sent:** | Monday, August 19, 2024 1:50 PM |
| **To:** | Mendenhall, Mary (USMS); Natalie Awad |
| **Subject:** | [EXTERNAL] RE: 4-24-CR-00434 USA V AURELIO QUINTANILLA JR |

Received.

Best regards,

*Esther M. Rojas*
Senior Legal Assistant
Federal Public Defender
440 Louisiana, Suite 1350
Houston, Texas 77002
713-718-4600
Esther_Reyna@fd.org

This email may contain PRIVILEGED and CONFIDENTIAL information. If you have received this email in error, please notify me by reply email and then immediately delete. Thank you for your cooperation.

---

**From:** Mendenhall, Mary (USMS) <Mary.Mendenhall@usdoj.gov>
**Sent:** Monday, August 19, 2024 1:47 PM
**To:** Esther Reyna <Esther_Reyna@fd.org>; Natalie Awad <Natalie_Awad@fd.org>
**Subject:** RE: 4-24-CR-00434 USA V AURELIO QUINTANILLA JR

Thank you. Will you please acknowledge receipt via reply email?

Mary Mendenhall

---

**From:** Esther Reyna <Esther_Reyna@fd.org>
**Sent:** Monday, August 19, 2024 1:45 PM
**To:** Mendenhall, Mary (USMS) <Mary.Mendenhall@usdoj.gov>; Natalie Awad <Natalie_Awad@fd.org>
**Subject:** [EXTERNAL] RE: 4-24-CR-00434 USA V AURELIO QUINTANILLA JR

Good afternoon,

Ms. Awad will accept service on behalf of Mr. Quintanilla.

Best regards,

*Esther M. Rojas*