UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 22, 2024
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:24–cr–00434 |
| | § | |
| Aurelio Quintanilla, Jr | § | |

## *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ordered that:

1. MOTIONS will be filed by — September 11, 2024

2. RESPONSES will be filed by — September 23, 2024

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by — October 21, 2024

4. PRETRIAL CONFERENCE will be held before Judge David Hittner, Courtroom 8A, 8th Floor **DEFFENDANT MUST BE PRESENT** — October 22, 2024 at 02:00 PM

5. JURY selection set for — October 29, 2024 at 10:00 AM

6. Speedy trial limits waived? (yes/no) — No

7. Estimated Trial Time: — 4 days

Direct questions about this schedule to Joseph Wells, Case Manager to United States District Judge David Hittner, at Joseph_Wells@txs.uscourts.gov, 713-250-5511.

SIGNED on August 22, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge