United States District Court
Southern District of Texas
**ENTERED**
August 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R.  Action H-24-434 |
| | § | |
| Aurelio Quintanilla, Jr | § | |

## ORDER

The Court hereby orders the parties to exchange all trial exhibits seven business days prior to the date of jury selection set in the Docket Control Order. Failure to timely exchange all trial exhibits may result in dismissal of this case or sanctions in accordance with all applicable rules.

SIGNED at Houston, Texas, on this 23rd day of August, 2024.

_____
DAVID HITTNER
United States District Judge