# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Cr. No. H-24-434

**AURELIO QUINTANILLA, JR.**

## UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Aurelio Quintanilla, Jr. moves this Court for a ninety-day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Mr. Quintanilla is charged with sexual exploitation of a child; transportation of child pornography; and possession with child pornography. The pretrial motions deadline is September 11, 2024, the pretrial conference is set for October 22, 2024, and trial is set for October 29, 2024.

Discovery in this case is ongoing, and undersigned counsel has begun her own legal and factual investigation. Undersigned counsel has identified certain legal and factual issues that require further investigation. Undersigned counsel needs more time to complete her investigation and analysis, and then to file pretrial motions, if necessary, and to prepare for trial, if necessary. Moreover, additional time is needed to discuss the case with Mr. Quintanilla.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this Motion for Continuance.

>Respectfully submitted,
>
>PHILIP G. GALLAGHER
>Interim Federal Public Defender
>Southern District of Texas No. 566458
>New Jersey State Bar No. 2320341
>
>By /s/ Natalie J. Awad
>NATALIE J. AWAD
>Assistant Federal Public Defender
>Attorney in Charge
>Louisiana State Bar ID No. 38663
>Southern District of Texas No. 3836610
>Attorneys for Defendant
>440 Louisiana, Suite 1350
>Houston, Texas   77002
>   Telephone:  713.718.4600
>   Fax:          713.718.4610

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Assistant United States Attorney Colton Turner and determined that the United States is unopposed to this motion for continuance.

/s/ Natalie J. Awad
NATALIE J. AWAD

**CERTIFICATE OF SERVICE**

I certify that on September 11, 2024, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Colton Turner.

/s/ Natalie J. Awad
NATALIE J. AWAD