United States District Court
Southern District of Texas
**ENTERED**
September 13, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.  Cr. No. H-24-434

**AURELIO QUINTANILLA, JR.**

## O R D E R

The Court has considered the Unopposed Motion for Continuance, wherein counsel for Defendant, Aurelio Quintanilla, Jr., has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, September 12, 2024, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by December 10, 2024.

Responses shall be filed by December 20, 2024.

A pretrial conference is set for January 17, 2025 at 2:00 pm.

Trial in this case is set for January 21, 2025 at 10:30 am.

SIGNED at Houston, Texas, on the __12__ day of __Sept__, 2024.

Honorable David Hittner
United States District Judge