# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 4:24−cr−00434

Aurelio Quintanilla, Jr

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

David Hittner

**PLACE:**
Courtroom 8A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/10/2025

**TIME:** 01:45 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   December 23, 2024

Nathan Ochsner, Clerk