# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                              Case Number: 4:24−cr−00434

Aurelio Quintanilla, Jr

## Notice of Resetting

**A proceeding has been reset in this case as to Aurelio Quintanilla, Jr as set forth below.**

**BEFORE:**
**Judge David Hittner**

**LOCATION:**
Courtroom 8A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/17/2025

**TIME:** 01:15 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing
Applicable defendant(s) required to be present at the hearing.

Date:   January 7, 2025                                              Nathan Ochsner, Clerk