**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells　　**Court Reporter:** Walker-Bailey
**Interpreter:**
**AM Begin:**　**End:**　　**PM Begin:** 1:17　**End:** 1:46　　**Date:** 01/17/2025

**CR. No. 4:24-cr-434**　　**Deft No. 1**

**United States of America**　§　**AUSA:** Michael Day
　§
**Vs.**　§
　§
Aurelio Quintanilla, Jr　§　**Defense Counsel:** Natalie Awad

## ARRAIGNMENT/RE-ARRAIGNMENT

- ☐ Arraignment　☒ Re-arraignment　　Held on cts: 2
- ☒ Indictment　☐ Information　　☐ Indictment Waived
- ☒ Plea Entered:
  - ☒ Guilty　☐ Not Guilty　☐ Nolo
- ☒ Plea Agreement:
  - ☒ 11(c)(1)(A)　☐ 11(c)(1)(B)　☐ 11(c)(1)(C)
- ☒ Order for PSI, Disclosure, and Sentencing dates entered
- ☐ PSI waived
- ☒ Sentencing set　Date: April 18, 2025　Time: 1:30 pm
- ☐ Jury trial set　Date:　Time:
- ☒ Bond　☒ Continued　☐ Withdrawn　☐ Set:
- ☐ Defendant remanded to custody
- ☒ Terminate other settings for defendant
- ☒ Terminate motions for defendant

Other: