United States Courts
Southern District of Texas
FILED
*January 17, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs.    § | **Criminal No.  H-24-434** |
| § | |
| **AURELIO QUINTANILLA, JR.** § | |
| § | |
| **Defendant.** § | |
| § | |

## SENTENCE DATA SHEET

**CITIZENSHIP:**   UNITED STATES

**GUILTY PLEA:**   Count Two – Transportation of child pornography.

**SUBSTANCE OF PLEA AGREEMENT:**   Plea of guilty to Count Two in exchange for dismissal of remaining counts. Full terms located in written agreement.

**COUNT ONE:**   Transportation of child pornography - 18 U.S.C. § 2252A(a)(1) and Section 2252A(b)(1)

**ELEMENTS:**   *First:* That the defendant knowingly transported by any means or facility of in or affecting interstate or foreign commerce, including by computer, an item of child pornography;
*Second*: That when the defendant transported the item, the defendant knew it contained child pornography.

**PENALTY:**   5-20 years in prison; up to $250,000 fine; mandatory restitution of at least $3,000 per victim

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:**   Not Applicable

**SENTENCING GUIDELINES:**   Advisory

**SUPERVISED RELEASE:**   Not less than 5 years and up to life

| | |
|---|---|
| **SPECIAL ASSESSMENT:** | $100 + $5,000 special assessment (JVTA) + up to $35,000 special assessment (AVAA) |
| **ATTACHMENTS** | None |