United States Courts
Southern District of Texas
FILED
*January 17, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs.  § | **Criminal No.  H-24-434** |
| § | |
| **AURELIO QUINTANILLA, JR.** § | |
| § | |
| **Defendant.** § | |
| § | |

### PROFFER

Defendant is pleading guilty because he is in fact guilty of the charges contained in Count(s) 2 of the indictment. If this case were to proceed to trial, the United States could prove each element of the offense beyond a reasonable doubt. The following facts, among others would be offered to establish Defendant's guilt:

**On July 22, 2024, the Defendant entered the United States of America from the United Mexican States via the George Bush Intercontinental Airport in Houston, Texas.** Customs and Border Protection Officers (CBPOs) stopped Quintanilla for an inbound inspection and he was referred to secondary. CBPOs performed a manual inspection of Quintanilla's iPhone 14 Pro Max and viewed what they suspected to be Child Sexual Abuse Material (CSAM). HSI was called to conduct an interview of the Defendant and continue the investigation. During an interview, the Defendant admitted to possessing, receiving, transporting, distributing, and

3

producing child pornography. One such image that the Defendant was transporting is described as follows: the image depicts a prepubescent male approximately 4 to 6 years of age. The prepubescent male wearing clothing on the top half of his body, and fully nude from the waist down. The prepubescent male is placed on what appears to be a bed, lying on his chest, with his anus and penis visible. An adult Caucasian male's hand is touching the nude left buttocks and hip of the prepubescent male. The Defendant knew the images of child pornography were on his iPhone and transported them in interstate commerce.