Case 4:24-cr-00434   Document 28   Filed on 01/17/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
January 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL H-24-434 |
| § | |
| Aurelio Quintanilla, Jr, § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) __2__ a presentence report is ordered.

1. By <u>March 11, 2025,</u> the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By <u>March 25, 2025,</u> counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By <u>April 8, 2025,</u> the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for <u>April 18, 2025</u> at <u>1:30 p.m.</u> (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed <u>January 17, 2025</u>

United States District Judge

AUSA: <u>Michael Day</u>
Defense Counsel: <u>Natalie Awad (FPD)</u>
Defendant is **on Bond.**