# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CASE NO. 4:24-CR-434** |
| § | |
| **AURELIO QUINTANILLA, JR.** § | |

## PRELIMINARY ORDER OF FORFEITURE

On January 17, 2025, the Defendant, Aurelio Quintanilla, Jr. ("Defendant"), pleaded guilty to Count Two of the Indictment. Count Two charged Defendant with **Transportation of Child Pornography**, in violation of Title 18, United States Code, §§ 2252A(a)(1) and 2252A(b)(1). (DE 27).

The Indictment provided the Defendant notice that, in the event of his conviction, the United States would seek to forfeit, pursuant to Title 18, United States Code, § 2253(a), all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in Count Two; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offense charged in Count Two, or any property traceable to such property. Specifically, the Defendant used an iPhone 14 Pro Max, SN: CKQFH60YGV to transport child pornography.

Accordingly, the Court ORDERS that: the iPhone 14 Pro Max, SN: CKQFH60YGV (the "electronic device") is forfeited to the United States of America.

(1) The iPhone 14 Pro Max, SN: CKQFH60YGV (the "electronic device") is forfeited to the United States of America.

(2) The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

(3) Any person, other than the defendant, asserting a legal interest in the electronic device may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of their alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Avenue, Houston, Texas, 77002. A copy of the petition shall be sent to Tyler Foster, Assistant United States Attorney, 800 N. Shoreline Blvd., Suite 500, Corpus Christi, Texas, 78401.

(4) If no one has filed a petition asserting an interest in the electronic device, in accordance with 21 U.S.C. § 853(n) before the expiration of the period provided, any and all potential third-party petitioners will be held in default and this order will be final as to any and all third-party petitioners. See 21 U.S.C. § 853(n)(7).

(5) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and Defendant's Plea Agreement, this order is final as to the Defendant, and shall be made part of the sentence and included in the judgment.

Signed at Houston, Texas, on _____, 2025.

_____
David Hittner
United States District Judge