# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                            Case Number: 4:24–cr–00434

Aurelio Quintanilla, Jr

---

## Notice of Resetting

**A proceeding has been reset in this case as to Aurelio Quintanilla, Jr as set forth below.**

**BEFORE:**
**Judge David Hittner**

**LOCATION:**
Courtroom 8A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/25/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Sentencing
Applicable defendant(s) required to be present at the hearing.

---

Date:   February 12, 2025                                   Nathan Ochsner, Clerk