UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:24-CR-00434 |
| AURELIO QUINTANILLA, JR. | § § | |

### NOTICE OF DECLARATION OF PUBLICATION

The United States of America has published notice of this forfeiture action as stated in the attached and incorporated declaration.

                                          Respectfully submitted,

                                          Nicholas J. Ganjei
                                          United States Attorney

By:    *s/ Tyler Foster*
          Tyler Foster
          Assistant United States Attorney
          800 N. Shoreline Blvd, Suite 500
          Corpus Christi, TX 78401
          Phone: (361) 903-7917
          Fax: (361) 888-3200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:24-CR-00434 |
| AURELIO QUINTANILLA, JR. | § § § | |

## DECLARATION OF PUBLICATION

Notice of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 15, 2025, and ending on March 16, 2025, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2025, at Houston, TX.

*Kathryn Franklin*
Kathryn Franklin, Contractor
Records Examiner Analyst
United States Attorney's Office
1000 Louisiana, Suite 2300
Houston, Texas 77002
Phone: 713-567-9000

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# COURT CASE NUMBER: 4:24-CR-00434; NOTICE OF FORFEITURE

Notice is hereby given that on February 11, 2025, in the case of <u>U.S. v. Aurelio Quintanilla, Jr.</u>, Court Case Number 4:24-CR-00434, the United States District Court for the Southern District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

an iPhone 14 Pro Max, SN: CKQFH60YGV, which was seized from Aurelio Quintanilla, Jr., on July 22, 2024, in Houston, TX.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 15, 2025) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, U.S. District Courthouse, 515 Rusk, Houston, TX 77002, and a copy served upon Assistant United States Attorney Tyler Foster, 800 N. Shoreline Blvd., Suite 500, Corpus Christi, TX 78401.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and

the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Tyler Foster, 800 N. Shoreline Blvd., Suite 500, Corpus Christi, TX  78401.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.

Case 4:24-cr-00434   Document 33   Filed on 03/24/25 in TXSD   Page 4 of 5



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 15, 2025 and March 16, 2025. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Aurelio Quintanilla, Jr.

**Court Case No:** 4:24-CR-00434
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/15/2025 | 23.9 | Verified |
| 2 | 02/16/2025 | 23.9 | Verified |
| 3 | 02/17/2025 | 23.9 | Verified |
| 4 | 02/18/2025 | 23.9 | Verified |
| 5 | 02/19/2025 | 23.9 | Verified |
| 6 | 02/20/2025 | 23.9 | Verified |
| 7 | 02/21/2025 | 23.9 | Verified |
| 8 | 02/22/2025 | 24.0 | Verified |
| 9 | 02/23/2025 | 24.0 | Verified |
| 10 | 02/24/2025 | 23.9 | Verified |
| 11 | 02/25/2025 | 24.0 | Verified |
| 12 | 02/26/2025 | 23.9 | Verified |
| 13 | 02/27/2025 | 23.9 | Verified |
| 14 | 02/28/2025 | 23.9 | Verified |
| 15 | 03/01/2025 | 23.9 | Verified |
| 16 | 03/02/2025 | 23.9 | Verified |
| 17 | 03/03/2025 | 24.0 | Verified |
| 18 | 03/04/2025 | 23.9 | Verified |
| 19 | 03/05/2025 | 23.9 | Verified |
| 20 | 03/06/2025 | 23.9 | Verified |
| 21 | 03/07/2025 | 23.9 | Verified |
| 22 | 03/08/2025 | 24.0 | Verified |
| 23 | 03/09/2025 | 23.8 | Verified |
| 24 | 03/10/2025 | 22.9 | Verified |
| 25 | 03/11/2025 | 22.9 | Verified |
| 26 | 03/12/2025 | 22.9 | Verified |
| 27 | 03/13/2025 | 22.9 | Verified |
| 28 | 03/14/2025 | 22.9 | Verified |
| 29 | 03/15/2025 | 22.9 | Verified |
| 30 | 03/16/2025 | 22.8 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.