# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                                                                                                   **4:24-CR-00434**

**AURELIO QUINTANILLA, JR.**

## UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Aurelio Quintanilla, Jr., moves this Court for a thirty-day continuance of the April 25, 2025, sentencing date, and in support of this motion presents the following:

Mr. Quintanilla, Jr. was convicted of transportation of child pornography. The Pre-sentence Investigation Report ("PSR") in this case was disclosed to counsel on March 10, 2025. A response to the report was filed on March 24, 2025.

Undersigned counsel requires additional time to gather materials in mitigation of the sentencing, and to prepare for the sentencing hearing.

This request is not made for the purpose of delay or to gain unfair advantage; it is made solely so that justice may be done.

The government is unopposed to this Motion for Continuance.

    Respectfully submitted,

    PHILIP G. GALLAGHER
    Federal Public Defender
    Southern District of Texas No. 566458
    New Jersey State Bar No. 2320341

    By /s/ Natalie J. Awad
    NATALIE J. AWAD
    Assistant Federal Public Defender
    Attorney in Charge
    Louisiana State Bar ID No. 38663
    Southern District of Texas No. 3836610
    Attorneys for Defendant
    440 Louisiana, Suite 1350
    Houston, Texas   77002
        Telephone:  713.718.4600
        Fax:         713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorneys Colton Trey Turner and Assistant United States Attorney Michael Edward Day and determined that the United States is unopposed to this motion for continuance.

/s/ Natalie J. Awad
NATALIE J. AWAD

## CERTIFICATE OF SERVICE

I certify that on April 17, 2025, a copy of the foregoing Unopposed Motion for Continuance was served by Notification of Electronic Filing and was delivered by email to Assistant United States Attorney Colton Trey Turner and Assistant United States Attorney Michael Edward Day and United States Probation Officer Jennifer Franklin.

/s/ Natalie J. Awad
NATALIE J. AWAD