IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                                          Cr. No. H-22-450

AURELIO QUINTANILLA, JR.

**O R D E R**

Aurelio Quintanilla, Jr.'s Unopposed Motion for Continuance of Sentencing is GRANTED.

The sentencing is reset to _____, 2025, at _____ a.m./p.m.

SIGNED at Houston, Texas, on the \_\_\_\_\_ day of _____, 2025.

_____
Honorable David Hittner
Senior United States District Judge