United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.  Cr. No. H-22-434

**AURELIO QUINTANILLA, JR.**

## O R D E R

Aurelio Quintanilla, Jr.'s Unopposed Motion for Continuance of Sentencing is GRANTED.

The sentencing is reset to **May 22**, 2025, at **2:00** a.m./**p.m.**

SIGNED at Houston, Texas, on the **21** day of **Apr**, 2025.

Honorable David Hittner
Senior United States District Judge