**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells            **Court Reporter:** Dye
**USPO:** Jennifer Franklin               **Interpreter:**
**AM Begin:**          **End:**           **PM Begin:** 2:11   **End:** 2:46        **Date:** 05/22/2025

CR. No. 4:24-cr-434     Deft No. 1

| United States of America | § | **AUSA:** Michael Day, |
|---|---|---|
| | § | |
| Vs. | § | |
| | § | |
| Aurelio Quintanilla | § | **Defense Counsel:** Natalie Awad |

## SENTENCING

☒ Sentencing held          ☐ With contested issues
   ☒ Guilty Plea    ☐ Guilty Verdict    Date: 1/17/2025    Counts: 2
☒ Indictment    ☐ Information    ☐ Indictment Waived
☒ Sentence:

> Committed to the custody of the BOP for a term of 240 months. Supervised release for a term of Life. Fine waived. SVTA and AVAA waived. Restitution of $17,500.

☒ Special assessment on counts: 2
   ☐ Remitted
☒ Counts dismissed on government's motion: 1, 3
☒ Bond
   ☐ Continued    ☒ Forfeited    ☐ Set:
☐ Defendant ordered to surrender
   ☐ When designated    ☐ To US Marshal on:
☒ Defendant remanded to custody
☒ Terminate other settings for defendant
☒ Terminate motions for defendant
Other:

> Any objections overruled; PSR, Addendums & Appendix adopted.