United States District Court
Southern District of Texas
**ENTERED**
May 23, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO: 4:24-cr-434** |
| | § | |
| **AURELIO QUINTANILLA, JR.** | § | |
| **Defendant.** | § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture, which was signed on February 11, 2025 (Document 30, referencing iPhone 14 Pro Max, SN: CKQFH60YGV) and became final as to the defendant Aurelio Quintanilla, Jr. on the same date, is made part of the defendant's sentence and shall be included in the judgment.

Signed at Houston, Texas, on _____May 23_____, 2025.

_____
David Hittner
United States District Judge