# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                                    **4:24-CR-00434**

**AURELIO QUINTANILLA, JR.**

## DEFENDANT'S NOTICE OF APPEAL

The defendant, Aurelio Quintanilla, Jr., through his attorney, the Federal Public Defender, hereby appeals from the judgment of conviction and sentence imposed on June 3, 2025, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Natalie J. Awad
NATALIE J. AWAD
Assistant Federal Public Defender
Attorney in Charge
Louisiana State Bar ID No. 38663
Southern District of Texas No. 3836610
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas   77002
  Telephone:  713.718.4600
  Fax:         713.718.4610

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2025, a copy of the Notice of Appeal was served by Notification of Electronic Filing to the office of the United States Attorney at 1000 Louisiana Street, Suite 2300, Houston, Texas 77002.

/s/ Natalie J. Awad
NATALIE J. AWAD