UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 24-CR-434 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| Aurelio Quintanilla, Jr. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel DeMaria<br>Law Offices of Daniel DeMaria<br>15 Cottage Avenue, Fl. 4<br>Quincy, MA 02169<br>dan@demarialawoffices.com<br>MA 674130 |
|---|---|

| Name of party applicant seeks to appear for: | Aurelio Quintanilla, Jr. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ___✔___   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   June 11, 2025 | Signed:                          /s/ Daniel DeMaria |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                          Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                            United States District Judge

## Bar Memberships

Daniel DeMaria is a member in good standing in all jurisdictions where admitted: Massachusetts, U.S. District Court (D. Mass), U.S. Court of Appeals (1st Cir.), U.S. Court of Appeals (3rd Cir.), U.S. Court of Appeals (5th Cir.), U.S. Court of Appeals (9th Cir.), U.S. Court of Appeals (10th Cir.), U.S. Court of Appeals (11th Cir.), and the United States Supreme Court. Mr. DeMaria is not under investigation or the subject of any complaint in any jurisdiction.

## Particulars of Sanctions

Disciplinary Body: Massachusetts Board of Bar Overseers[1]
Case Number/Name: In re Daniel DeMaria, BD-2018-008
Nature of Case: Disciplinary – Misrepresentation on New York Bar Admission Application (2009)
Outcome: Six-month suspension

Disciplinary Body: New York Attorney Grievance Committee
Case Number/Name: In Re Daniel DeMaria, D-186-17 (2017)
Nature of Case: Disciplinary – Misrepresentation on New York Bar Admission Application (2009)
Outcome: Revocation of Bar Admission

Disciplinary Body: U.S. District Court (D. Mass.)
Case Number/Name: In Re Daniel DeMaria, 1:2017mc91393
Nature of Case: Disciplinary – Misrepresentation on New York Bar Admission Application (2009)
Outcome: Six-month suspension

---

[1] In October 2017, Mr. DeMaria had his New York bar admission revoked *without prejudice to immediate reapplication* due to Mr. DeMaria's lack of candor in the bar admission process which took place in 2009. Notably, Mr. DeMaria is the one who drew the Court's attention to this misrepresentation in 2010. In its decision revoking Mr. DeMaria's admission, the Appellate Division of the Supreme Court of New York, Third Department wrote, **"Revocation of the admission, as opposed to suspension or disbarment, also effects some measure of leniency to the respondent since it permits him or her to immediately recommence the admission process anew with the benefit of full disclosure."** [emphasis added]. Notably, Mr. DeMaria is the one who brought this matter to the Court's attention in 2010. The Massachusetts Supreme Judicial Court, on the basis of the New York proceeding, imposed a six-month term suspension to commence January 30, 2018.

Subsequently, in 2017 and/or 2018, and prior to Mr. DeMaria's reinstatement to the Massachusetts bar, the United States District Court (D. Mass) and the United States Court of Appeals (1st Cir.) suspended Mr. DeMaria for six months effective January 30, 2018; the United States District Court (SDNY) and United States Tax Court permitted Mr. DeMaria to resign; and the United States Court of Appeals (2nd Cir.), the United States District Court (EDNY), the United States District Court (NDNY), and the United States District Court (WDNY) revoked Mr. DeMaria's admission to practice. Mr. DeMaria was denied admission to the bar in Canada in 2011.

Disciplinary Body: U.S. Court of Appeals (1st Cir.)
Case Number/Name: In Re Daniel DeMaria, 2017ad08040
Nature of Case: Disciplinary – Misrepresentation on New York Bar Admissior Application (2009)
Outcome: Six-month suspension

Disciplinary Body: U.S. Court of Appeals (2nd Cir.)
Case Number/Name: In Re Daniel DeMaria, 17-90093-am (2017)
Nature of Case: Disciplinary – Misrepresentation on Bar Application
Outcome: Revocation of Bar Admission

Disciplinary Body: U.S. District Court (SDNY)
Case Number/Name: In Re Daniel DeMaria, 2017ad08040
Nature of Case: Disciplinary – Misrepresentation on New York Bar Admission Application (2009)
Outcome: Resigned from the bar

Disciplinary Body: U.S. District Court (NDNY)
Case Number/Name: In Re Daniel DeMaria (no case number)
Nature of Case: Disciplinary – Misrepresentation on New York Bar Admission Application (2009)
Outcome: Revocation of Bar Admission

Disciplinary Body: U.S. District Court (EDNY)
Case Number/Name: In Re Daniel DeMaria (17-MC-2861)
Nature of Case: Disciplinary – Misrepresentation on New York Bar Admission Application (2009)
Outcome: Revocation of Bar Admission

Disciplinary Body: U.S. District Court (WDNY)
Case Number/Name: In Re Daniel DeMaria (no case number)
Nature of Case: Disciplinary – Misrepresentation on New York Bar Admission Application (2009)
Outcome: Revocation of Bar Admission

Disciplinary Body: U.S. Tax Court
Case Number/Name: In Re Daniel DeMaria (no case number)
Nature of Case: Disciplinary – Misrepresentation on New York Bar Admission Application (2009)
Outcome: Resigned from the bar