Case 4:24-cr-00434   Document 54   Filed on 06/12/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 24-CR-434 |
|---|---|---|---|
| | United States of America | | |
| | *versus* | | |
| | Aurelio Quintanilla, Jr. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel DeMaria<br>Law Offices of Daniel DeMaria<br>15 Cottage Avenue, Fl. 4<br>Quincy, MA 02169<br>dan@demarialawoffices.com<br>MA 674130 |
|---|---|

| Name of party applicant seeks to appear for: | Aurelio Quintanilla, Jr. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes ✔  No ____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: June 11, 2025 | Signed: | /s/ Daniel DeMaria |
|---|---|---|

The state bar reports that the applicant's status is: ACTIVE

| Dated: 6/11/2025 | Clerk's signature | [signature] |
|---|---|---|

**Order**

Dated: 6/12/25

This lawyer is admitted *pro hac vice*.
FOR APPELLATED PURPOSES.
[signature] D.H.
United States District Judge