AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 24 Cr. 434 |
| Aurelio Quitanilla, Jr. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aurelio Quintanilla, Jr.                                                                                                                                  .

Date:  6/13/2025

s/ Daniel DeMaria
*Attorney's signature*

Daniel DeMaria, MA 674130
*Printed name and bar number*

Law Offices of Daniel DeMaria
15 Cottage Avenue, Fl. 4
Quincy, MA 02169

*Address*

dan@demarialawoffices.com
*E-mail address*

617-651-5577
*Telephone number*

*FAX number*

Print     Save As...                                                                                                     Reset