UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO: 4:24-CR-434 |
| | § | |
| AURELIO QUINTANILLA, JR., | § | |
| Defendant. | § | |

**FINAL ORDER OF FORFEITURE**

Pending before the Court is the United States Motion for a Final Order of Forfeiture. Having considered the Motion, the record, and the applicable law, the Motion is hereby GRANTED.

1. The Court signed a Preliminary Order of Forfeiture on February 11, 2025. That order is final as to the Defendant.

2. Notice of forfeiture was published for at least 30 consecutive days on an official government internet site, and more than 60 days have passed since the first date of publication of the order.

3. The Court takes notice that no party has filed a timely third-party petition asserting a claim to the property listed below, and any third parties are barred from making a claim and are in default pursuant to Title 21 U.S.C. §853(n)(7).

4. The Court now ORDERS the forfeiture of the following, and the following is forfeited to the United States of America, with all right, title, and interest vesting in the United States:

    a) iPhone 14 Pro Max, SN: CKQFH60YGV.

5. Defendant's right, title, or interest in the seized property has been forfeited. All persons and entities who could assert an interest in the property referenced above are held in default.

It is ORDERED that the United States dispose of the forfeited seized property in accordance with the law.

**THIS IS A FINAL ORDER OF FORFEITURE.**

Signed at Houston, Texas, on ___Aug. 5___, 2025.

David Hittner
United States District Judge